AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:20-mj-00173 |
| Brodie Storey | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  7/27/2020  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting a Federal Officer |

This criminal complaint is based on these facts:

See Affidavit of USMS DUSM Kyle Cozart attached hereto and incorporated by reference.

☒ Continued on the attached sheet.

*via telephone*
Complainant's signature

USMS DUSM Kyle Cozart
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  12:10  a.m./p.m.

Date: July 27, 2020

*Judge's signature*

City and state: Portland, Oregon      Hon. Jolie A. Russo, U.S. Magistrate Judge
Printed name and title